IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2025 AUG 15 PM 4:27 AC
CLERK-LAS CRUCES

UNITED STATES OF AMERICA,
Plaintiff,

25CV790

VS.

ANTONIO ERNESTO QUINTANA PENA
Defendant,

NOTICE IN PROPIA PERSONA

We; Man: Antonio-Ernesto: Quintana: Pena. In Propia Persona; Flesh and Blood Man, Sui Juris; One Of The People, De Jure; Special Represenative/ Beneficiary, Age of Majority; FOR, DEFENDANT ANTONIO ERNESTO QUINTANA PENA.

Comes; Now: We; Man: Antonio-Ernesto: Quintana: Pena. In Propia Persona; Sui Juris; ect...

Hence; Forth: In My True; Flesh and Blood Legal Capacity Litagate; With All Due Respect; I Now Requires Your Honor As Well As Any/All Acting AGENTS/ Agents On Behalf Of THE UNITED STATES OF AMERICA As Well As THE STATE OF NEW MEXICO;

I Now Require All To Put Their Oath OF Office As Well Their Foriegn/Non Foriegn Registry On The Record for The Sake OF Perjury; In The-Proper-Grammar-Sentence-Structure: Parse-Syntax. Failure To do So is At The Exhaustion OF THE UNITED STATES OF AMERICA;

Wherefore; Ineffective Counsel To Date As Well As Before On This MATTER; I Now Require All Matters To Be Hand-Delivered To Me 21 days in Writing From Hence; Forth;

With All Due Respect,

UCC 306.1 § 308. O.T.D.C.
N/A :Antonio-Ernesto:Quintana:Pena

2:
Deputy Court Clerk



Antonio-Ernesto:Quintana;Pena.
1850 Copper loop Dr.
Las Cruces Nm 88005
EL PASO TX 798
RIO GRANDE DISTRICT
14 AUG 2025 AM 2 L
USA FOREVER
UNITED STATES
LAS CRUCES,
AUG 15 2025
MITCHELL R. ELFERS
CLERK OF COURT
UNITE STATES OF AMERICA
DISTRICT COUNTY COURT CLERK
100 N CHURCH ST.
LAS CRUCES NM 88
SCREENED BY CSO
AUG 15 2025
Inmate Correspondence
88001-357200